# Exhibit 2

Case 8:21-cv-00046   Document 1-2   Filed 01/11/21   Page 2 of 7   Page ID #:52

Home (/) > Article

# ASN begins construction of $350m Southern Cross NEXT cable

16 September 2019 | Natalie Bannerman



Alcatel Submarine Networks (ASN) has announced the construction of the $350 million Southern Cross NEXT cable.

Once complete, the 13,700km cable will have landing points in Australia, Samoa. Kiribati, the US, Tokelau, Fiji and New Zealand. A consortium of Spark New Zealand, Singtel Optus, Verizon and Telstra is building the system.

Announced by ASN CEO, Philippe Piron in a LinkedIn post he we quoted as saying:

"Alcatel Submarine Networks {ASN] is very pleased to launch the construction of Southern Cross NEXT, a new chapter after building the original Southern Cross dual cable network twenty years ago. The partnership we developed with Southern Cross all along these years in the Pacific is one of the most successful we ever had with a strategic customer."



**Philippe PIRON**
President & CEO, GE Power Conversion
1y

Alcatel Submarine Networks {ASN] is very pleased to launch the construction of Southern Cross NEXT, a new chapter after building the original Southern Cross dual cable network twenty years ago. The partnership we developed with Southern Cross all along these years in the Pacific is one of the most successful we ever had with a strategic customer. Over the last three years, having built and deployed five submarine networks landing in Australia, Alcatel Submarine Networks is totally focused on connecting Australia and the South Pacific region with the leading-edge subsea telecommunication technology for long-haul and off-shore platform connectivity. Southern Cross Cables Ltd [SX] and ASN have signed a contract and put into force a contract for ASN to build and install this new submarine system between Australia, New Zealand and the US called Southern Cross Next [SX Next]. SX Next is the largest capacity and lowest latency submarine network to connect Australia and New Zealand to the US West Coast.

545 · 26 Comments

ASN was named as cable vendor of the new system back April of this year with the signing of a supply contract between Southern Cross and ASN. The deal will see ASN deliver a system with 72Tbps of capacity adding to the existing 20Tbps capacity available on the current Southern Cross systems.

Using ASN's state-of-the-art subsea technology, the solution is designed to provide enhanced reliability and network efficiency, as well as providing the lowest latency connection between major data centres in Sydney or Auckland and Los Angeles. The solution includes ASN's submarine WSS ROADM units, the latest generation of repeaters and will offer high performance and powering resilience, enabling over 72Tbps transmission capacity.

The Open Cable system is also designed to be compatible with future generations of submarine line terminal equipped with Probabilistic Shaping technology.

"A number of critical milestones have already been achieved prior to contract signing, with the Marine Survey completed in 2017, the completion of the Sydney BMH and bore landing facilities in 2018, along with landing arrangements in Los Angeles, and Auckland. These milestones and the efforts of the SX and ASN teams have us on track to target completion of the system in the second half of 2021," said Laurie Miller, president and CEO of Southern Cross Cables, at the time.

Related topics

Subsea (/ArticleTopics?sectorId=4&name=Subsea)

Infrastructure & Networks (/ArticleTopics?sectorId=54&name=Infrastructure%20%26%20Networks)



(/EventDetails/Index/a011t00000HmdZyAAJ?title=Subsea%20Asia)

### Subsea Asia 2019 (/EventDetails/Index/a011t00000HmdZyAAJ?title=Subsea%20Asia)

02 December 2019
Macau SAR, China - Macau (SAR)

Learn More (/EventDetails/Index/a011t00000HmdZyAAJ?title=Subsea%20Asia)

## Related Articles





(https://www.capacitymedia.com/articles/3827362/time-strengthens-cloud-computing-offering-with-avm-cloud-acquisition)

**TIME strengthens cloud computing offering with AVM Cloud acquisition (https://www.capacitymedia.com/articles/3827362/time-strengthens-cloud-computing-offering-with-avm-cloud-acquisition)**

🕒 5h | Abigail Opiah



(https://www.capacitymedia.com/articles/3827361/index-cuts-wipe-56bn-off-chinese-telcos-hong-kong-trading)

**Index cuts wipe $5.6bn off Chinese telcos' Hong Kong trading (https://www.capacitymedia.com/articles/3827361/index-cuts-wipe-56bn-off-chinese-telcos-hong-kong-trading)**

🕒 5h | Melanie Mingas





(https://www.capacitymedia.com/articles/3827359/martin-schroeter-to-lead-ibms-new-managed-infra-services-business)

Martin Schroeter to lead IBM's new managed infra services business (https://www.capacitymedia.com/articles/3827359/martin-schroeter-to-lead-ibms-new-managed-infra-services-business)

 5h | Natalie Bannerman



(https://www.capacitymedia.com/articles/3827360/drahi-to-take-100-control-of-64bn-altice-europe-as-shareholders-approve-deal)

Drahi to take 100% control of €6.4bn Altice Europe as shareholders approve deal (https://www.capacitymedia.com/articles/3827360/drahi-to-take-100-control-of-64bn-altice-europe-as-shareholders-approve-deal)

 5h | Alan Burkitt-Gray

Get our newsletters and magazine for Free to keep up with the latest news and events information

Join Free (/sign-up)

**Regional (/regions)**
Africa (/region/africa)
Asia & Asia-Pacific (/region/asia-pacific)
Europe (/region/europe)

**News (/news)**
**Events & Awards (/events)**
**People (/people)**
**Community (/community)**

Middle East (/region/middle-east)

Latin America (/region/latin-america)

North America (/region/north-america)

Blog (/blog)

Digital Issues (/digital-issues)

**Switchboard**

+44 (0) 20 7779 7227

info@capacitymedia.com

**Connect with us on social media**

 (https://www.facebook.com/pages/Capacity-media/137585016448011/)    (https://twitter.com/capacitymedia)

 (https://www.linkedin.com/company/capacitymedia/)    (https://www.instagram.com/capacitymedia/)

 (http://www.youtube.com/subscription_center?add_user=CapacitymagazineTV)    (/rssfeed)

Cookie Information:
In common with most websites, this site uses cookies to carry out various tasks including improving our users' experience.

Cookies are pieces of information which include a unique reference code that a website transfers to your device.

For information about your cookie options including turning them off, click here (/Cookies.html).

To carry on with cookies running, click **proceed** or click the X to close this window and continue browsing. You can review your cookie options at any time by clicking on the Cookies link at the foot of each page