# Exhibit 5

# SReXperts & AON Tech Summit Americas 2016

Las Vegas, Nevada
Caesars Palace Las Vegas
September 12-15, 2016

**Speakers**



**Mustapha Aissaoui**
*Product Line Manager, IP Routing & Packet Core, IP/Optical Networks (ION)*
**Nokia**
Mustapha Aissaoui is a Product Manager in the Service Router Product Group of the IP/Optical Networks at Nokia. He holds an Electrical Engineering Diploma from Polytechnic School of Algiers and a MASc in Electrical Engineering from the University of Ottawa. Mustapha Aissaoui is an active participant of the IETF PWE3, L2VPN, MPLS, PCE, and SPRING working groups. He is a co-author and a major contributor to many drafts in these working groups.



**Muhammad Asif**
*Product Line Manager*
**Nokia**
Muhammad Asif is a Senior Product Line Manager for Nuage Professional Services. Mr. Asif has an experience of more than fifteen years in software development and system architect design for web based network management systems. Mr. Asif holds a Ph.D. degree from Carleton University (Canada) in computer systems and networks. Mr. Asif is an author of numerous scientific research papers and book chapters. Mr. Asif is co-presenting a plenary session and an SD-WAN tutorial.



**Sherif Awad**
*Senior Network/Cloud Computing Architect*
**Nokia**
Sherif Awad is a Senior Network/Cloud Computing Architect in the IP and Optical Networking division at Nokia. Sherif Awad is has over 16 years' experience in IP/MPLS SW development, architecture, design, training and consulting. In the past few years he has focused on the SDN/Cloud and SD-WAN technology areas and played a leading role in key Nokia Nuage VSC/VNS customer trials and production deployments in both the service provider and enterprise space. He holds a Bachelor of Science (Computer Science Honors CO-OP) degree from the University of Ottawa in Canada and the Nokia SRA (#192), Nuage DC, Nuage VNS & Openstack COA professional certifications.



**Matt Bateman**
*Sr. Network Architect*
**XO Communications**



**Andres Belloni**
*Director of Product Line Management for Nokia 5620 SAM*
**Nokia**
Andres Belloni leads Platform and Common Applications Product Management for Nokia 5620 SAM. In this role Andres is responsible for defining and managing the lifecycle of 5620 SAM's software foundation and network management applications that allow service providers to efficiently manage IP, Optical and next generation SDN/NFV networks. Mr. Belloni has an extensive career in telecommunications specializing in network and service management for TDM, ATM, IP and Optical networks. He has been responsible for product design, product strategy and product line management of Element, Network and Service Management Systems in Newbridge Networks and Alcatel-Lucent. Mr. Belloni holds a Master's degree in Electrical Engineering from the University Of Buenos Aires, Argentina and an Executive MBA from Queens University in Canada.



**Marco Belotti**
**Nokia**




**Hooman Bidgoli**


*Product Line Manager*
**Nokia**
Hooman Bidgoli - 7705/7750 Product Line Manager - Hooman has over 16 years of experience in IP/MPLS protocols and networks. He is responsible for Multicast solutions and Security on SR-OS (7705/7750) including Firewall/Nat/IPSec and router security on 7705.


**Sandeep Bishnoi**
*Product Manager, CloudBand*
**Nokia**
Sandeep Bishnoi is Lead Product Manager for Cloud Mobile Gateway (CMG) & Service Function Chaining (SFC) in Nokia's ION business group. He is based in Mountain View, CA. Sandeep joined TiMetra Networks (acquired by Alcatel-Lucent/Nokia) as lead MPLS engineer in 2001. He was the key member of SROS engineering team that delivered 7x50 services & routing platform. He has been a member of SR product management team for past 8 years with focus on various diverse functions including Evolved Packet Core (SGW/PGW/GGSN, ePDG, TWAG), Network Function Virtualization (NFV), Service Function Chaining (SFC), Multi-Services Edge (L2/L3 services) and Core Routing (MPLS, Routing – BGP, MP-BGP). Sandeep holds a Bachelor of Engineering degree in Electrical Engineering (MS University, India), Master of Science degree in Computer Science (University of Louisiana), Master of Engineering degree in Telecommunication & Networking (University of Louisiana).


**Marc Boulerice**
**Nokia**


**Shane Branton**
**Nokia**


**Eric Brestenbach**
**Nokia**


**Matt Briley**
*VP Optics NAM*
**Nokia**
Matt currently leads the North American Business Development and Consulting Engineering efforts for optical networking at Nokia. With 19 years in the telecommunications industry working for multiple manufacturers, service providers, and consultants he possesses a diverse and compressive view of the WDWM transport industry. Previously, Matt led the server provider business at LightRiver Technologies. In this roll he was responsible for sales, marketing, and customer support for all of LightRiver's CLEC, ILEC IOC, and MSO customers across the country. While at Infinera Matt held direct sales rolls responsible for developing regional territories. In this roll he brought in over 25 new clients including several multimillion dollar accounts growing the region to require multiple sales and engineering resources. In addition Matt was key in breaking Infinera into the Internet Content and MSO verticals landing several new accounts in each and opening new markets that are currently a large percentage of Infinera's business. Matt consistently achieved well over his sales targets including be the #1 or #2 sales person in the company three separate times. Matt also spent time at Ciena where he was a Director of Engineering for the Verizon Business and AT&T account teams.

**Oz Bulbul**
*Principal Consulting Engineer*
**Nokia**



Oz Bulbul is a Principal Consulting Engineer at Nokia, supporting Multi-Service Operators. He is responsible for the introduction, design and engineering of service delivery architectures including IP/MPLS, and SDN based overlay networks. Currently based in Blacksburg (VA), Oz has over 15 years of experience in the networking industry, and before joining to Nokia in 2011, he held different positions at Laurel Networks/ECI Telecom, focusing on IP/MPLS edge routers, and BRAS products. Oz has a degree in Computer Science from Middle East Technical University,(Ankara, Turkey).



**Flavio Caracas**
*Sr. Director – IP and Optical Networking Division*
**Nokia**
Flavio Caracas leads a team responsible for IP/MPLS, Optics and SDN/NFV Consulting Engineering and Business Development support for Vertical markets in North America within the ION Division. Previously he was the head of Product Line Management of the 7705 SAR IP/MPLS Routing Portfolio and the Multiservice WAN Switches product families, with responsibilities for product strategy, roadmap definition, future development, and portfolio life cycle. Prior to Nokia, Flavio joined Alcatel-Lucent in 2000 through the acquisition of Newbridge Networks, having held senior management positions in Business Management, Systems Engineering, Marketing and Sales. Flavio has a very broad experience in Information and Communications technologies encompassing IP/MPLS networking, satellite communications, and radio transmission. Flavio Caracas holds a bachelor degree in Electrical Engineering.



**Robert Castellano**
*Principle Consulting Engineer*
**Nokia**
Robert Castellano is a Principle Consulting Engineer within Nokia's IP Routing & Optics Group. He has over 25 years in system architecture, hardware design, network design and systems engineering. His current area of interest is in network planning and design for macro and small-cell cellular backhaul networks. Prior to Nokia, Robert has held engineering and management roles at Alcatel-Lucent, C-COR, Paradyne Networks, AT&T, and Jedai Broadband Networks. During his career, Robert has had lead architecture and definition roles in data networking platforms for advanced digital video transport systems, multi-service packet transport, Metro-Ethernet, Optical, IP, ATM, DSL, Frame Relay, and T1 networking technologies. Robert has been actively involved in IEEE 802 LAN/MAN standards development from 2001 - 2005, and was one of the editors for the IEEE 802.17 resilient packet ring standard. Robert has an MSEE in Computer Engineering from Rutgers University.



**Hansen Chan**
*Product Marketing Manager*
**Nokia**
Hansen Chan has over 25 years experience in the networking industry specializing in network design, consulting, and product management. Hansen is now a product marketing manager for Nokia's IP and Optical Networks portfolio with a special focus on industries segment.



**Patrick Chapel**
**Nokia**



**Martin Charbonneau**
*Senior Director, Optical Networking Product Line Management*
**Nokia**
Martin Charbonneau is currently the Senior Director of the 1830 Metro & Portfolio Extensions Product Group for the Optical Networking Business Unit of Nokia. He is currently responsible for Portfolio Product Management activities for the 1830 Photonic Service Switch in Metro network applications (Packet and OTN solutions), and complementary metro product lines of the portfolio, such as 1830 Versatile WDM Module (our Mobile Front Haul solution). Prior to joining Nokia 6 years ago, Martin was a strong contributor for over ten years at Nortel Networks, were he held various roles of increasing responsibility in Business and Network Planning, Professional Services, and Metro Ethernet & Optical business units. He also drove business development activities in the MSO segment for the Nortel Networks' Packet Optical solution and Nortel-LG WDM PON Ethernet Access portfolio. Martin also worked at 2 years at LSI, as a Senior Segment Marketing Leader. Martin received a Bachelor of Science in Space Sciences in 1994 from the Canadian Royal Military College (RMC, St-Jean) and graduated as a commissioned officer in the Canadian Forces.

**Sylvain Chenard**


*Product Line Manager, IP/Optical Networks Business Group*
**Nokia**
Sylvain is working in communication industry since 1994. His main focus is on secured network and cloud computing/networking. IEEE senior member, he is B.Sc.A graduate from the Département du Génie Electrique, Université Laval, Québec, Canada. He also hold a technical degree (Micro-électronique) from Collège de Sherbrooke, Québec, Canada. Member of the IEEE Communications and Computer Societies. He also Member of Ordre des ingénieurs du Québec.


**Alex Chouinard**
*Sr. Consulting Engineer*
**Nokia**
Alex Chouinard is a Senior Consulting Engineer with Nokia Networks. Alex is responsible for advising customers on how to best apply SDN and NFV technologies in their Information and Communication Technology (ICT) environments leveraging Nuage Networks portfolio of solutions. Alex works closely with customers to develop innovative solutions that solve key challenges, reduce CAPEX, streamline OPEX and generate new revenue streams. Prior to his current role, Alex Chouinard held several positions in Engineering, Network Services, New Product Introduction, Solution Development, and Business development at Alcatel-Lucent and Ericsson. He has been actively involved with Cloud (SDN/NFV), wireline (IP/MPLS/Optical), wireless (LTE/Wi-Fi/Microware), voice evolution (IMS/VoLTE/RCS), and OSS technologies to evolve customer environments.


**Nabeel Cocker**
*Principal Consulting Engineer*
**Nokia**
Nabeel is responsible for the introduction, design and engineering of L2 and L3 solutions for carriers in North America. Nabeel has 16 years of experience in the networking industry in both Carrier and Enterprise networks. Before joining Nokia in 2011, he worked at Verizon's Next Generation Labs for 10 years. Nabeel holds a BSc degree in Electrical Engineering and an MSc in Telecommunication Networks. He is a MU Fan.


**Filipe Correia**
*Regional Product Line Manager (North America)*
**Nokia**
Filipe Correia is a Regional Product Line Manager and Consulting Engineer in Nokia Networks' ION Division, focused on network management portfolio and solutions including Software Defined Network (SDN) Controllers for enterprise and provider networks. Felipe is a regular speaker at Nokia Networks and industry conferences. Currently based in Plano (TX), Filipe has more than 15 years of experience in Nokia as well as over 9 years focused in the IP division working on Enterprise and Service Provider IP/MPLS networks including time based in Melbourne, Australia in the IP Division focused on Asian Pacific accounts and networks.


**John Coulter**
**Nokia**


**Shilpi Dave**
*Software Engineer*
**Nokia**
Shilpi Dave has been a Software Engineer at Nokia (former Alcatel-Lucent) since 2011, before which she studied Telecommunication Engineering at Carleton University, Ottawa, Canada. She is the lead software engineer for IEEE 1588v2 in the Layer 2 SROS cards on the 1830 PSS.


**Bart De Wilde**
*NPI engineer*
**Nokia**
In his role as New Product Introduction (NPI) engineer, Bart's focus is typically on helping EMEA (Europe, Middle East and Africa) customers through the early phases with new features and products, by means of presentations, workshops and Proof of Concept (PoC) set-ups. Bart is not only focusing on the 5620 SAM product (all technology domains) but also on both the router (IP part) and the NSM part for IP/Optical convergence. Prior to his current role he worked for the Motive product group and had a similar NPI role for the Optics NSM products. Bart holds a master's degree in computer sciences/telecommunications and is currently based in Antwerp, Belgium.


**Alp Dibirdi**
*IP Product Manager*
**Nokia**
Alp has over 18 years of experience in telecom industry. He joined Alcatel in mid 1998 and worked as a System Engineer, NW Architect, ATM Product Line Product Manager and now IP Product Manager. In his current role, he leads IP/MPLS, Ethernet, Services, OAM and Traffic Management features on 7705 Service Aggregation Router product family. He is recognized as Distinguished Member of Technical Staff (DMTS) in 2010 for his sustained outstanding technical contribution to Alcatel-Lucent by Bell Labs. He holds a BS in Mathematics from Middle East Technical University. He is based in Boston, Massachusetts.


**Tim Drake**
*Principle Consultant*
**Nokia**
Tim Drake is a Principle Consultant within the IP and Optical Networking division with special focus on the Partner and Alliance segments. Prior to joining Nokia he has held multiple technical and business development positions.


**Kevin Drury**
*Senior Director of IP Routing & Transport Deployment Services and IP Transport Professional Services Product Line Management*
**Nokia**
Kevin Drury received his undergraduate degree in Electrical Engineering from Concordia University in Montreal, Canada where he specialized in telecommunications. Further in his academic career, he completed a Master's in Business Administration. Kevin is the Senior Director of IP Routing & Transport Deployment Services and IP Transport Professional Services Product Line Management. Previously he was the Senior Director of Optics Products and Solutions Marketing in the IP Routing & Transport Division at Alcatel-Lucent. He has over 25 years experience in the Telecommunications industry with particular expertise in the areas of fiber optic transmission, wavelength division multiplexing, narrowband and broadband access, carrier voice and applications, and LAN/WAN networking. He has presented or co-authored papers for numerous industry events including WDM & Next Generation Optical Networking, ITPX/NCUG, ITU Telecom, Supercomm, OFC, NFOEC, Terabit Optical & Transport SDN and the Big Telecom Event.


**Ivana Duvnjak**
*Consulting Engineer*
**Nokia**
Ivana Duvnjak is a key member of the Consulting Engineering team and is focused on Nokia's portfolio of IP/Optical network management products.  Ivana has over 8 years industry experience in the areas of network engineering, support, and consulting. Ivana holds a B.Sc. in Electrical Engineering from the University of Ottawa and is currently based out of Mountain View, CA.


**Steve Dyck**
*Principal, Consulting Engineer*
**Nokia**
Steve Dyck, P.Eng. Principal, Consulting Engineer, IP and Optical Networking at Nokia. Steve Dyck is a Principal Consulting Engineer specializing in WAN and Data Center networking including IP/MPLS, WDM and SDN technologies. Steve's focus is on providing innovative solutions for vertical and enterprise markets including utilities, oil & gas, state and local governments, public safety, transportation, health care, financial services and cloud service providers. Steve has over 25 years experience in telecom and IT networking with roles ranging from R&D, Systems Engineering, Product Management, Business Development, Solutions Architect and Consulting Engineer. He holds a Bachelor of Applied Science (Computer Engineering) degree from the University of Waterloo in Canada.


**Randy Eisenach**
*Optical Product Marketing*
**Nokia**
Randy Eisenach is responsible for Optical Transport Product Marketing at Nokia. He specializes in optical transport technologies, next generation wavelength routing architectures, and high speed photonics. Randy has over 25 years of optical transport and networking experience and has held a wide range of senior level positions in systems engineering, product management, and product marketing. He has authored several papers and spoken at many industry conferences. Randy recently joined Nokia after previously holding similar positions at Fujitsu and Nortel. Randy has a Bachelor of Science degree in Electrical Engineering from Purdue University (BSEE '83).

**Marco Faccin**


*Transport Trial Delivery Customer Engineer*
**Nokia**
I´m employed in Nokia since year 2000, before in Nokia Italy , then, from 2001 in Nokia Brazil. I followed 1350OMS development since 2000, starting with Level 2 support , then in Network Integration. Currently I´m in Trial and Delivery Team.


**Footer Foote**
*PLM / Consulting Engineer*
**Nokia**
Footer has many more years experience in networking than he cares to divulge. To provide some context, he considered 4Mbps Token Ring connected SNA controller to Front End Processors some darn impressive technology. That was of course until he discovered the dipswitch that allowed for 16Mbps Token Ring, on the same card. What speed! What a technology! Everyone could move on, networking was now complete. What else was left. As time progressed and networking evolved, ventures into Ethernet switching, IP Routing protocols, and MPLS and the consumption of large steaks became the focus. The years flew by and about eight years ago, IP & Ethernet OAM fault and performance management became the cool kid on the block. Footer lept at the opportunity to get involved in something so cool. Looking back to the Token Ring days, it was apparent he had always had an attraction to OAM. It was always fun to see how fast one could find a beaconing Token Ring NIC connected to a non-intelligent MAU using a stethoscope. OAM certainly has progress beyond the stethoscope days. It remains the wickedly cool, complicated and multifaceted technology that everyone wants to be involved in. Footer is currently a Senior Product Manager with responsibility for IP & Ethernet OAM strategy and architecture. He regularly attends the IETF quarterly meetings and participates in the IPPM and LIME working groups. He joined Riverstone Networks in 1999, and through acquisition, merger, and acquisition, has 17 years as part of Nokia. Footer is based in Toronto, Canada and we believe he still have a Token Ring network in his house.


**Dan Frein**
*Principal*
**West Monroe Partners**
Dan Frein, Principal, West Monroe Partners' Security & Infrastructure practice. He brings over eight years of experience providing infrastructure competency to Energy & Utilities industry, among many others. Dan's areas of expertise include modern transport design and implementation, as well as Cybersecurity strategy. Dan received his Bachelor of Science in Industrial Management (BSIM) from Purdue University.


**Keith Galway**
*Principal Consulting Engineer*
**Nokia**
Keith Galway is a principal consulting engineer and regional PLM for the 7x50 product line and is based in Ottawa, Canada. Since 2004 he has been working with customers in the Americas responsible for introduction and design of advanced IP solutions focused on wireline business and residential markets. He has over 20 years of experience in the telecom industry ranging from engineering, product management, and consulting engineering at Newbridge Networks, Alcatel-Lucent and Nokia. He holds a Bachelor of Applied Science from the University of Waterloo.


**Amit Gami**
**Accenture**


**Chadie Ghadie**
*Business development*
**Nokia**
Chadie is part of the business development team at Nuage Networks focusing on developing solutions through partnerships. Chadie has over 16 years of experience in the networking and communications industry. Joining Alcatel in 200, he has held many roles including software design, pre-sales engineering, solutions architect and PLM. Chadie has over 4 years experience in SDN focusing on the Nuage Networks channel program, go to market strategy and service enablement. In his current role, Chadie works closely with partners like Accenture to help define and promote next generation network solutions for enterprises and service providers alike.

**Brant Gifford**
*Principal Consulting Engineer*
**Nokia**



Brant is a Principal Consulting Engineer in the North American Regional Business Center of Nokia's IP/Optical Networks (ION) organization. He has been with Nokia (formerly Alcatel-Lucent) since 2013 most recently focusing on NfV and SDN (Nuage Networks) solutions for Mobile Network Operators and Multiple-System Operators. He has been in the data networking industry for more than 20 years, holding individual contributor and leadership roles in technical sales and support, network engineering, and operations organizations.



**Andrew Gray**
*Senior Network Design Engineer*
**Cox Communications**
Andrew Gray graduated from Rose-Hulman Institute of Technology with a Bachelor of Science in Computer Science. He started work in the robotics industry before transitioning to a network administrator for the University of Nevada Las Vegas. After nine years, he moved to Cox Communications, starting with responsibility for the Las Vegas region of the network before being promoted and brought to Atlanta. He presently is the senior network design engineer for Cox Business, covering all aspects of business service offerings on the Cox Nokia-based business network.



**Alejandro Guevara**
*Senior Engineer*
**Nuage Networks**
Alejandro "Alejo" Guevara is a Nuage Senior Engineer for the Trial Delivery Team. His main focus is on delivering customer's workshops and Proof of Concepts. He is also the technical leader for the Nuage Services Team, responsible for Nuage design and integration activities. Alejo has over 15 years of experience in telecommunications and networking industry and he holds an Electrical Engineering degree from Universidad de Carabobo in Venezuela and is currently based in Ottawa Canada.



**Furqan Haq**
*Consulting Engineer*
**Nokia**
Furqan has extensive experience in delivering end-to-end solutions for clients using a consultative approach. His leadership style combines teams of designers, integrators, and test engineers focused on complex customer projects. In his current role as Consulting Engineer with Nokia's IP Routing & Transport business unit, Furqan specializes in Core IP Routing, Business and Residential services (MPLS VPNs, BNG), Carrier Ethernet, NFV and SDN. Prior to this role, Furqan has worked on various IP and Fixed Access products, as R&D engineer, Mobile Backhaul Solution Support, and most recently in Network Architecture & Design. Furqan holds a Bachelor's degree in Engineering from Carleton University (Ottawa, Canada).



**Rudy Hoebeke**
*Vice President, Product Management – IP Routing & Mobile Packet Core*
**Nokia**
Rudy Hoebeke is Vice President of Product Management for Nokia's IP Service Routing and Mobile Packet Core portfolio.He has over 15 years of experience in the communications and networking industry, in the areas of engineering, network design, technology & product strategy and product management. Formerly, Rudy was Vice President of Product Management for IP Service Routing and Mobile Packet Core in Alcatel-Lucent's IP Division. He holds a MSc in Electrical Engineering from the University of Brussels (VUB) and a Masters in Business Administration from the Vlerick Leuven-Gent Business School. Rudy is based in Mountain View, California.



**Kyle Hollasch**
*Director of Product Marketing for Optical Networking*
**Nokia**
Kyle Hollasch is Director of Product Marketing for Optical Networking at Nokia where he is responsible for promoting the company's broad portfolio of packet optical transport solutions. Prior to Nokia, Kyle held roles in sales engineering and product line management at Cisco Systems, including responsibility for marketing, sales enablement and strategic customer engagements involving optical technologies across both service provider and enterprise markets. Kyle began his career as a Member of Technical Staff at Lucent Technologies, performing research involving high speed data transmission over unshielded twisted pair cabling, and leading the deployment of long haul DWDM systems. Kyle holds a BS in Electrical Engineering from Rensselaer Polytechnic Institute, and a Master of Electrical Engineering from Cornell University.

**Sherry Huang**
**Nokia**





**Jeff Jakab**
*Product Line Manager*
**Nokia**
An 18 year employee of Nokia, Jeff is presently hardware PLM with focus on technical marketing and strategic responsibilities within the 7750 SR, 7950 XRS, 7210 SAS and 7705 SAR product families. He presently works in the heart of Silicon Valley out of the Nokia office in Mountain View, California.



**Erwan James**
*Network Architect*
**Nokia**
Erwan is a Senior Network and Cloud Architect, a member of Nokia's professional services Global Network Engineering(GNE) team. He has a full time focus on Software Defined Networking (SDN) technologies, specifically working with the Nuage Networks Virtualized Services Platform and 7750 Service Router product lines. Erwan is responsible for leading and delivering professional services engagements involving network design and architecture, operational and deployment consultancy as well as training.



**Chris Janson**
*Product Marketing Manager*
**Nokia**
In his current role with Nokia, Chris Janson follows trends in optical networking technology and their application to finance, healthcare, utilities, government and educational customers. Mr. Janson has been a speaker at many conferences including Interop 2014, Internet2 annual technology meetings, and a 2015 series of executive forums sponsored by CenturyLink and CIO magazine. He has also shared his work through many webinars, written publications, on-line videos and articles. Mr. Janson also serves on the boards of directors of the Rural Telecommunications Congress and the non-profit OpenCape Corporation. He holds an MBA from Boston University and Bachelor of Science in engineering from Wentworth Institute of Technology.



**Alastair AJ Johnson**
*Principal Solution Architect*
**Nokia**
Alastair Johnson (AJ) is a principal solution architect with Nuage Networks, based in Mountain View, California. AJ's focus is working directly with customers to introduce, explain, and expand technology based on Nuage Networks portfolio of products – solving customer problems through new, innovative WAN services for Enterprises and Service Providers targeting the Enterprise market.



**Sunil Khandekar**
*Founder & CEO, Nuage Networks*
**Nuage Networks**
Sunil leads the vision and direction at Nuage Networks. Sunil brings over fifteen years of experience in the communications and networking industry, including his former role as VP of business development for Europe, Middle East, and Africa (EMEA), as well as VP of global product management for Alcatel Lucent's IP Division. Sunil gained expertise in the networking startup space in his time at TiMetra Networks, where he led product management and standardization. And before that, he held a variety of product management and consulting engineering management roles with Bay and Nortel Networks in New York and Santa Clara. Sunil has co-authored and contributed to multiple IETF drafts. He is also a regular speaker at industry events and conferences. He has a bachelor's degree in mechanical engineering and a master's degree in CIS.

**Steve Kingscott**
*Leader, Optical Transport Network Management Product Line Management*
**Nokia**
Steve Kingscott studied Engineering at Cheltenham College Of Technology and was subsequently awarded a Lucas Engineering Scholarship at the Lucas Institute, Birmingham University. On completion he was awarded the CEI PtII. Following this he became a Chartered Engineer with the Institute of Electrical and Electronic Engineers. Steve is Leader of the of the Optical Transport Network Management PLM function at Nokia and has over 20 years of experience in the Telecommunications industry, focusing on Management of Optical Networks. Steve's career



began in the United Kingdom and he moved to Murray Hill, New Jersey in 2000 where he has held a number of positions in the Network Management domain including R&D, Strategy and Product Line Management.



**Tony Kourlas**
**Nokia**



**Hari Krishnan**
*Sr.Director Product Line Management*
**Nokia**
Hari Krishnan is currently Sr. Director of Product Line Management for Security at Nokia's Nuage Networks. Hari brings over 18 years of experience leading product management, strategy and marketing for network security, SDN, cloud, virtualization, IP networking and management software products for Enterprise and Service Provider markets. Prior to his current role at Nuage, Hari was Director of Product Management and Marketing for ACI Security at Cisco Insieme Business unit. Prior to Cisco, Hari held a variety of product leadership roles at VMware, F5 Networks and Nominum. Hari has an MBA from University of California, Berkeley, Masters in Computer Science from UCLA and a Bachelor's degree in Electrical Engineering from the Indian Institute of Technology, Chennai.



**Reda Laichi**
*Consulting Engineer and Regional Product Manager*
**Nokia**
Reda Laichi is a key member of the IP Routing and Transport Consulting Engineering team who is focusing on Nokia's Network and Service Management product line. Reda also has a role as a regional Product Line Manager responsible for incorporating customer requirements into feature development of the Network and Service Management portfolio. Reda has over18 years experience in Alcatel-Lucent and has contributed to development of Alcatel-Lucent's Network and Service Management products as well as numerous IP/MPLS network deployments and integrations for service providers and large enterprises customers worldwide.



**Olivier Le Moigne**
**Nokia**



**Eng-Teck Lee**
*Senior Solution Architect*
**Nokia**
Eng-Teck has worked as a network analysis, software engineer, manager and architect and brings over 20 years of experience. During his professional career he's been involved in 2M+ USD OSS integration projects over 3 years, and more recently migrations and transformation projects as a Senior Solution Architect in Nokia ION Professional Services. His in-depth experience and exposure with Tier 1 and Tier 2 telecommunication providers has enabled Nokia ION Professional Services to provide unique custom solutions in operational enablement resulting in decreases in service deployment times, and increases in migration throughputs.

**Karyn Lennon**
*Director, Learning Services – IP Routing & Transport (IPRT) Business Line*
**Nokia**
Karyn Lennon leads the Learning Services function for Nokia's IP/Optical Networks Business Group.  In her role, Karyn is responsible for setting the strategic direction and development of Nokia's Optical educational services which includes the Nokia Optical Networks Certification Program.  In addition to the Optical program, Karyn directs both Nokia's flagship IP/MPLS certification program, the Service Routing Certification (SRC) Program which has over 14,000 individuals participating globally and the Nuage Networks Virtuoso Certification Program (NN-VCP). Prior to her role in Learning Services, Karyn held various PLM and Marketing positions at


Newbridge Networks and Alcatel-Lucent. Karyn received her Bachelor of Commerce from McGill University and holds a Masters in Business Administration from the University of Ottawa.



**Rob Levesque**
*Product Line Manager, IP/Optical Networks*
**Nokia**
Robert Levesque is presently Product Line Manager within the IP and Optical Networks Division responsible for the Centralized RAN Transport portfolio.
Robert has been working within Nokia for the past 19 years in several Product Management and R&D Management positions. Robert has knowledge and experience in Optical, IP, Ethernet, and Access technologies.



**Lieven Levrau**
*Product Line Director Strategy*
**Nokia**
Lieven is Product Line Director Strategy, Optical Networks. Lieven has over 20 years experience in the Telecommunications and is the owner of two patents. His current interests are in network virtualization, optical security and multi-layer optical packet and transport networks. In his spare time he is learning to fly (PPL).



**Dmitri Litvine**
*Principal Consultant*
**Nokia**
Dmitri Litvine is a Principal Consultant for the IPRT, providing consulting support for solutions and architectures based on classic 7750/7705/7210 products as well as SDN solutions such as Nuage VSP and VNS. Dmitri has almost 18 years of experience in various facets of data networking including network design engineering, network transformations, solutions and architecture consulting in different technology areas such as IP/MPLS, Carrier Ethernet, Carrier Broadband, EPC/MPC, SP WiFi, SDN/NFV etc. The last 5 years Dmitri is focusing on architecture consulting helping customers to leverage and benefit innovative solutions. Dmitri holds active CCIE, NRS-I and VCP5-DCV certifications, he is based in Calgary, Canada.



**Samuel Liu**
*Director, Product Line Management*
**Nokia**
Dr. Samuel Liu is a Director of Product Line Management in Nokia, IP and Optical Networks Business Group, working on optics and IPoDWDM strategy/roadmap across all router product families as well as managing a router platform. Previously, he was a Director of Product Line Management in Juniper Networks, pioneered 100G coherent packet optical products for core and edge routers. Dr. Liu was also responsible for a new core router product platform in Juniper. He has been working in Networking/Telecom industry for 20 years. Before Juniper, Dr. Liu held different product line management, product marketing, product planning, engineering management and system architect positions at Huawei USA, Tellabs and several packet optical start-up companies. He received his Ph.D. in electrical engineering at Illinois Institute of Technology. He received his B.S. in optoelectronics engineering at Zhejiang University in China. Additionally, he held several US patents and is a frequent panel speaker in the industry. He served as the organizer for OFC Service Provider Summit and Market Watch between 2010 and 2015.



**Jon Lundstrom**
*Consulting Engineer*
**Nokia**
Jon Lundstrom has held a variety of technologies and business development roles in the telecommunications industry over the past 16 years. Jon's network designs and financial modeling for IOC, ILEC, cable, and CLEC service providers, paved the way for successful deployments of optical, carrier Ethernet infrastructure, and MEF services. Since joining Nokia, Jon has provided product management and business development leadership for the introduction of next generation network management systems to address operational challenges, scale, and automation requirements for the largest service providers in North America. Jon's current role is business development and product management of Software Defined Networking (SDN) and Network Function Virtualization (NFV), he is currently working with service providers to realize the operational gains and capture new revenue with cloud-based solutions. Jon holds a B.Eng in Computer Engineering from Carleton University.


**Leah Lynch**
*Principal Consulting Engineer*
**Nokia**
Leah is a Principal Consulting Engineer with the IP and Optical Networks team. She has over 20 years of experience in the networking and telecom field, and has designed multiprotocol networks and networking products for telecommunications, and service provider networks, large corporate enterprise and financial networks, as well as published and edited numerous books and articles related to IP and MPLS networking. She also lead the design and product management team for IP, MPLS and Carrier Ethernet network test products and marketing for an industry standard network test company.


**Bill MacLeod**
*Senior Consulting Engineer*
**Nokia**
Bill MacLeod is a Senior Consulting Engineer with Nokia's IP/Optical Networks division. Currently pre-sales support and design for Mobile Backhaul Solutions is his main responsibility. Bill has assisted mobile and fixed operators around the world with the evolution and optimization of their transport networks, initially for the introduction and growth of 3G, then for IP Transformation for all-IP 3G and LTE, and most recently with the evolution towards 5G and software defined networking. He has over 17 years experience in the telecom industry with roles ranging from System Test, Product Management, Business Development and Solutions Architect.


**Jeff McLaird**
**Nokia**


**Giacomo Mirelli**
*Sr. Director Optical Networks*
**Nokia**
Giacomo Mirelli is an International professional with over 25 years of experience in multiple roles in the Telecommunication industry such as R&D, Product Management, Marketing, Portfolio Strategy and now Business Development. Giacomo has held this wide range of senior level positions across multiple markets: four years of experience in USA, six years in Latin America and more than 10 years in Europe. Inventor of 14 patents in telecom systems and software virtual modeling. Innovations awarded by Bell Labs with the "Bell Labs President Award". Successfully driven innovation for all career in positioning business models based on new compelling solutions. Giacomo is one of the pioneer in IP+Optical integration and multilayer automation in Nokia. Giacomo has a Degree in computer Science with Laude from Milan University.


**Andrew Missing**
*Director, Technical Marketing, ION NAM + LAT RBC*
**Nokia**
Andrew heads Technical Marketing in IP/Optical Networks (ION) North America and Latin America (NAM+LAT) Regional Business Center (RBC). He has over 20 years of experience in the field of telecommunications and has worked in the United States for more than fifteen years. Andrew previously worked for Alcatel-Lucent, Alcatel and prior to that Newbridge Networks. There he held several positions in business development, network design and engineering and consulting. He started his telecommunications career with Siemens AG's public switching division in Munich, Germany. He holds a Bachelor of Engineering degree in Electrical and Electronic Engineering from Aston University in England. Andrew is based in Northern Virginia.


**Houman Modarres**
*Head of Marketing, ION*
**Nokia**
Houman Modarres leads the marketing efforts of Nuage Networks, Nokia's venture committed to removing the networking constraints and boundaries that hinder cloud services. Houman joined Alcatel-Lucent's rapidly growing IP Division in 2008 as Senior Director of Strategic Marketing, prior to which he led the marketing and product management functions within Hammerhead Systems, a Silicon Valley start-up. In other past lives on the leading edge of shifts in networking technology, Houman oversaw the Carrier VoIP/Softswitch business line at 3Com Corporation, served in Product Management roles at Newbridge Networks, and held broadband & wireless systems engineering and network planning positions at Nortel. Houman holds an MBA from the University of California Berkeley and a Masters Degree in Electrical Engineering from Columbia University.

**Ken Moerman**
*Consulting Engineer*
**Nokia**


Ken Moerman, Consulting Engineer for the IP and Optical Networking division focused on Strategic Industry customer solutions including IP/MPLS service architecture design, traffic/data engineering, and migration strategies. Ken has over 25 years experience working for both Service Providers and Networking Vendors. Ken is based out of Salt Lake City, Utah.


**Fabian Montenegro**
**INDC Institute for Networking & Data Center Technologies**


**Steve Morin**
*Director of Product Management for Application Assurance and DEM*
**Nokia**
Steve Morin is Director of Product Management for Application Assurance and Dynamic Experience Management in the Nokia IP/Optical Networks (ION) business group. He has over 25 years of experience in the networking and data communications industry, within the areas of engineering, technology & product strategy and product management. In his current role, Steve has responsibility for the network and service architecture for internet application management in Nokia ION products and solutions. Steve holds a Bachelor of Applied Science degree in Electrical Engineering from the University of Waterloo, and is a licensed Professional Engineer.


**Oleg Mysyk**
*Solution Architect*
**Nokia**


**Dat Ngo**
*Product Line Manager*
**Nokia**
Dat Ngo received his B.S. in Physics from Carnegie Mellon University, and his M.S. and Ph.D. from New Mexico State University. His post-doctoral research on applicability of light scattering was done at the Army Research Lab in Aberdeen Proving Ground, Maryland. He has been with the company since 1996 during its transformation from AT&T/Lucent/Alcatel-Lucent/Nokia. Dat has in-depth knowledge and experience in IP/Data & Photonics/Optical Networking, having worked as system engineer and system architect in various product lines throughout the years. He has published technical papers in peer review journals, and holds a number of patents related to his work. He likes to dabble in security enhancements in his spare time. Dat is currently the Product Line Manager (PLM) for the 1830PSS Engineering Planning Tool (EPT).


**Sasa Nijemcevic**
*Vice President and General Manager, Network and Service Management Business Unit*
**Nokia**
Drawing on over 19 years of experience in the network management domain, Sasa Nijemcevic is currently the Vice President and General Manager, Network and Service Management Business Unit at Nokia. Previously, Sasa has led R&D teams for IP/MPLS network management, wireless network management, and fixed/wireless policy management. He was instrumental in driving the success of Alcatel-Lucent's unified network management platform across the IP, Optical, microwave and wireless product portfolios. Sasa has a Master's degree in Telecommunications and Computer Science from the University of Zagreb.


**Alfred Nothaft**
*Sr. Director, SR Product Management*
**Nokia**
Alfred is the Senior Director of Product Management for the Service Router product group, focusing on IP routing, MPLS and Layer 2 and Layer 3 VPN services. Alfred has been involved the with 7x50 product lines since 2000, when he originally joined TiMetra Networks. Prior to that, Alfred was the Director of Network Architecture at BroadbandNow! and before that he held various management and engineering positions at Bay Networks and NASA.

**Matthew Olson**
*Director of Engineering*



**Burns & McDonnell**
Matthew Olson is the Director of Engineering for Burns & McDonnell's Telecommunications and Network Engineering department where he is overseeing the execution of Communications and Automation Projects within the Transmission and Distribution business. He manages over 80 telecom professionals who are modernizing the grid by building converged OT and IT networks, automating substations and distribution feeders, in a secure and reliable manner for Electric Utilities.  These networks are for critical utility applications for automation, SCADA, and protective relaying.  This includes the deployment of advanced applications including protection over packet, synchrophasor, IEC 61850, and PTP timing. In his 16 years in this business, Olson has focused on application designs for critical real-time applications to support protection, control, and automation of the substation and field area networks.  These include fiber and wireless design in addition to LAN and wide area routing and switching. He is an expert on application security and compliance with industry NERC cyber and physical security standards. Olson earned a Bachelor of Science and Master of Science in electrical engineering from the University of Tulsa and is registered engineer in Kansas and New Jersey.



**Hamid Ould-Brahim**
*Product Manager*
**Nokia**
Hamid Ould-Brahim is Product Manager in the IP/Optical Networks at Nokia focusing on Carrier Software Defined Networking (SDN) technologies developed under the Network Services Platform (NSP). Hamid has over 25 years of industry experience in telecommunications. He architected and pioneered a number of Internet related technologies and was a member of the first IETF industry design team that architected the concept of Provider-based VPNs. Hamid holds over 100 patents that cover a wide spectrum of technologies such as BGP, MPLS, GMPLS, Layer 3 VPNS, Ethernet Virtual Private LAN, IEEE 8021ah, Optical VPNs, and traffic engineering. He edited and co-authored a number of IETF RFC standards and contributions in both IETF, OIF, MEF and ITU-T. Hamid played a leadership role in the development of IP-based layer-1 VPNs and co-chaired successfully a routing area Internet Engineering Task Force (IETF) Working Group. Hamid was dubbed previously by Nortel, Distinguished Member of Technical Staff, and was a key technical driver for the unprecedented sale of Nortel patents for $4.5B to a consortium of top industry companies such as Apple and Microsoft. Hamid has been a presenter at a number of IP related conferences and a member of technical selection committee of IP and Optical international conference.



**Avinash Pai**
*Software Product Manager*
**Nokia**
Avinash is 7210 Software Product Manager and is part of the IPD product management team. In the current role he is responsible for the 7210 software features. He has been with the 7210 team right from its inception. Previous to it, he has been associated with networking in various roles in engineering for about 10 years. He is based in Bangalore, India.



**Eckhard Papproth**
*Regional Product Line Manager, MBB LC TM EPC*
**Nokia**
Eckhard Papproth is regional customer product manager for Nokia evolved packet core (EPC) solutions in North America. He has played a key role in supporting leading operator's LTE/EPC launch and expansion ranging from presales, architecture consulting through field verification and support. Eckhard has been with Nokia and previously Siemens for 20 years in a variety of functions ranging from standardization, product management, systems engineering to solutions sales management. He holds degrees in electrical engineering from RWTH Aachen, Germany, and Télécom ParisTech, France.



**Craig Patten**
**Charter Communications**



**Nicola Pietrantonio**
*Product Manager*
**Nokia**
Nicola Pietrantonio is product manager for Optical Planning Tools at Nokia with focus on  multi-switching layers networks planning. Nicola has been direct supporting in the last 5 years the design of key complex optical transport networks including restoration, leveraging this experience to define the functionalities of the product and promote the benefits of an optimized planning at customer and public events.  Nicola holds a MS in Telecommunication Engineering from Pisa University.

**Stevan Plote**
*Optics Consulting Engineer*


**Nokia**
Steve Plote, Optics Consulting Engineer, joined the company in March, 2016. He is currently responsible for the support of all Nokia sales teams in the Americas as well as Channel Partners. Focusing on Network designs for the delivery of real time, next generation services for Video transport, Carrier Ethernet, Consumer Content Distribution, and Cloud Computing. He has personal responsibility for the network engineering and support for the WEB2.0 and Content Service Providers in North America including Apple, Verizon DMS, Google, Facebook, Microsoft, LinkedIn and Twitter. Mr. Plote has more than 30 years of experience in Data Center Interconnect, Telecommunications and LAN switching and transmission solutions. Prior to joining Nokia, he was Solutions Business Development and CSP Systems Engineering at BTI Systems and prior to that was Solutions Sales Director at Tellabs and prior to that Director of Business Development at StrataLight and prior to that Sr Director of Network Engineering and Technology at Level (3) and Looking Glass Networks, where he directed the company's metro data and transport networks, vendor relationships and technology selection process, while concurrently serving as the corporate technology spokesperson and an industry standards steward. Mr. Plote currently manages the OFC show floor Content and is a member of the NANOG program committee. He has many professional memberships and committee involvements including MEF, OFCNFOEC, IEEE, IEC, OSA, and IETF. He had published multiple white papers for the IEC including the ATM Virtual Path Ring Network Model and OADM Ring verus Star –Hub Topologies. Industry analysts and OEMs researching Carrier Ethernet, OTN and WDM frequently look to Plote for technical assistance and market expertise. Mr. Plote has shared his industry expertise through speaking engagements at trade shows including: NFOEC, SuperComm, OFC, Telestrategies, Marcus Evans, National Communications Forum, Comdex, All Optical Networks, SuperNet, Opticon, Next Generation Networks and Intel Processor Developers Conference.  Mr Plote has contributed multiple years of volunteer service to the OSA. Mr. Plote earned a B.S. in Mechanical and Industrial Engineering (1981) from Purdue University and an M.B.A. (1985) from Pepperdine University. He has 3 Patent awards in the areas of Routing Protocols and Service Management.


**Chip Pratt**
**Nokia**


**Jorge Rabadan**
*Senior Product Line Manager*
**Nokia**
Jorge Rabadan is a Senior Product Line Manager at Nokia, responsible for the development of Layer-2, EVPN and Data Center Gateway technologies in the 7x50 product family. Jorge is an active member in the IETF community, contributing and co-authoring several drafts in the BESS working group, and he is a regular speaker at Nokia and industry conferences. Currently based in Mountain View (CA), Jorge has more than 17 years of experience working on Enterprise and Service Provider IP/MPLS networks around the globe. He has been part of the Nokia¹s IP Division for the last 10 years and prior to that, Jorge held different positions at Riverstone Networks and Nortel Networks. Jorge has a degree in Telecommunications Engineering from the University of Valladolid (EUP, Spain).


**Paul Rea**
**Nokia**


**Sri Reddy**
*Vice President, General Manager IP Division Nokia Networks Group*
**Nokia**
Sri is General Manager of Nokia IP Division (IPD) and has overall responsibility for the company's portfolio of IP/MPLS (core and edge) and Mobile Gateways (MME/SGSN, S/P GW, GGSN). The IP division is critical as Nokia continues to win massive, multi-billion dollar, multi-year IP network transformation projects. Formerly, Sri was the founder, VP of Software and Test at TiMetra's, a start-up focused on service routers for IP/MPLS networks, which was acquired by Alcatel in 2Q 2003 to form the IP Division. Since that point, Alcatel-Lucent has seen significant global success for its IP service routing portfolio. Sri led teams that developed Service Routers, Mobile Packet Core, Mobile Back Haul, Core and BNG/wifi gateways. The Company has secured the #2 position in the Service Provider Routing market, garnered more than 500 customers in 90+ countries and in 2012 had its first $2+ billion revenue year for its IP service routing business. Sri is a recognized industry leader and has founded and advised many startups in the valley focused on next-generation broadband solutions. Prior to Timetra, Sri led several engineering teams on many successful products in one of the early networking companies, Synoptics Networks. Sri was the VP of Engineering for the switching division at Bay Networks, leading the team that developed one of the industry's early scalable Layer 3 switch Routers. The Layer 3 switch sold under the name Accelar/Passport

and ramped to more than $1 billion in sales. He received his Bachelor's and Master's degree in Electrical Engineering and an MBA in Finance.



**Ian Redpath**
*Principal Analyst*
**Ovum**
Ian is a Principal Analyst in Ovum's Network Infrastructure practice. He is responsible for the market forecasts in Ovum's optical networks and optical components advisory services. He also is responsible for the Enterprise Ethernet service forecast. He is a speaker and a moderator at client and industry events including the IIR's Carrier Ethernet World Congress, the IIR's WDM and Next Generation Optical Networking, OFC/NFOEC conferences and the MEF's quarterly meetings. He is also on the CEWC advisory board and a judge for the MEF global service provider awards. He also conducts custom research and consulting for clients. His clients include service providers, system vendors, components vendors and the financial/legal communities. His most recent custom research collaborations have included assessing opportunities for WDM and OTN switching in global markets, assessing opportunities to enter into non-carrier enterprise vertical markets and sizing market attractiveness for carrier entry into new global territories. Ian has over twenty years experience in the telecom industry. Prior to joining Ovum in 2005, Ian was a Senior Analyst at RHK, where his work addressed forecasting, optical networks, optical components, and enterprise Ethernet services. Prior to RHK, he worked at the startup optical backbone vendor Corvis as Marketing Manager for major accounts. Ian started with Nortel and held system engineering and networking planning positions.  Ian received his MBA from Queen's University in Kingston, Canada and his BSc in Electrical Engineering from the University of Manitoba.



**Juan Rodriguez**
*Principal Consulting Engineer*
**Nokia**
Juan is a Principal Consulting Engineer supporting Multi-System Operators (MSOs) in Nokia's IP & Optics Networks (ION). Juan's focus is on next generation business and residential architectures, Wi-Fi, and NFV/SDN. Juan has been with Nokia since 2008 in various technical positions throughout Latin America and North America and is currently based in Orlando, Florida. Juan holds a degree in Telecommunications Engineering from PUCMM in the Dominican Republic.



**Reza Rokui**
*Carrier SDN Director, Product Management*
**Nokia**
Reza Rokui is Carrier SDN Director of product management. He is responsible for Network Service Director (NSD), which is fully automated policy-based service provisioning with network and service resource awareness. Reza was 5620 SAM Director responsible for support of all SR products in areas of Services, Routing, Policy and OAM features in SAM. He was also responsible for support of Nokia Evolved Packet Core (EPC) including MME, MG and PCRF in 562 SAM. He was one of the architects of 5650 Control Plane Assurance Manager (CPAM) route analytics, which delivers real-time visualization, surveillance and troubleshooting for IP/MPLS networks and IGP, BGP, MPLS and L2/L3 services.  He also worked at Nortel Network and Prior Data Sciences (SPAR Aerospace) where he was responsible for International Space Station Robotic Work Station (RWS) software design. Reza holds a Ph.D. degree in Control and Robotics from Concordia University in Canada and a Master degree in Electrical Engineering from Sharif University of Technology. He possesses over 18 years of experience in telecommunication industry with track record in software engineering, research and development and product management with a diverse background.



**Ronen Rotem**
*Product Manager, CloudBand*
**Nokia**
Ronen Rotem is a senior product manager with Nokia CloudBand portfolio. Ronen is responsible to define, architect and integrate between CloudBand products and the Nokia VNFs and 5620 SAM. Prior to that Ronen was the PLM for CloudBand defining virtual VoLTE and vEPC solutions. Ronen has more than 15 years of experience in the telecommunication industries working before for Cisco Systems for various products.



**Rotem Salomonovitch**
*Chief Strategy Officer*
**Nokia**
Rotem Salomonovitch is the Chief Strategy Officer for Nuage. He is responsible for defining Nuage's SD-WAN product architecture and strategy. Prior to his existing role, Rotem has held various roles in product management, CTO and strategy leading various product initiatives. Rotem has over 17 years Telecom industry experience, mostly working for global network operators where he was responsible for architecting and operating global IP/MPLS networks.

**Yaniv Shagan**
*Nuage NPI Engineer*
**Nokia**


Yaniv Shagan is a Nuage NPI Engineer with the Americas Trial and Evaluation Team, and is currently focused on delivering customer's Proof of Concepts. He has been with Nokia (formerly Alcatel-Lucent) since 2013 .Yaniv has over 12 years of experience in telecommunications and networking industry.


**Adam Simpson**
*Product Manager, ION IP Routing*
**Nokia**
Adam is a senior product manager with Alcatel-Lucent. He is based in Ottawa, Canada. Adam is responsible for IP routing strategy and architecture with a focus on BGP and L3 VPNs. Adam has also taken a lead role in the planning and development of Alcatel-Lucent's VSR product line, which represents an extension of 7x50 router technology into the domain of Network Function Virtualization (NFV).


**Jan Straznicky**
*Principal Consulting Engineer*
**Nokia**
Currently, Jan is a Principal Consulting Engineer in Nokia's IP Routing & Transport business unit. In this role he develops product technical requirements and works with customer teams on specific opportunities. Jan's areas of focus are in Mobile Backhaul, WiFi, Evolved Packet Core, and NFV/SDN. Prior to this role, Jan has held positions in Technical Marketing, Customer Applications Engineering, and most recently in Mobile Backhaul Solution Architecture. Jan holds a Bachelor's degree in Engineering from Carleton University (Ottawa, Canada) and an Executive MBA from Queen's University (Kingston, Canada).


**Ben Tang**
*Distinguished Member of Technical Staff*
**Bell Labs**
Ben's work focuses on data networking (IP/MPLS, Ethernet, IPv6, mobile, IP/optical) architecture, capacity design and optimization, network modeling and tool development, evolution planning and economic analysis. Ben has led the assessment of next-gen data network architectures and technology selection strategies for numerous global network operators in a wide range of application domains including IP backbone, metro BNG/CDN, mobile backhaul, enhanced packet cores, and cloud data center interconnects.


**Jeff Towne**
*Product Line Manager, IP/Optical Networks*
**Nokia**
Jeff Towne is a Product Line Manager in the Optics business unit of Nokia's IP/Optical Networks business group focused on the integrated packet transport capabilities of the 1830 product line. He started his career in telecommunications at Bell Labs doing capacity analysis and optimization for switching systems, and has held a variety of positions in software development, system and network architecture, systems engineering, process and quality management, professional services, and product management at Bell Labs, AT&T International, AT&T Network Systems, Lucent Technologies, Alcatel-Lucent, and Nokia. Jeff has worked with R&D teams to define and design products and features, and with network operators to understand, evaluate, and use those systems to design networks and services that meet their customer's needs. He holds Bachelor's and Master's degrees in Physics and Computer Science from Susquehanna and Purdue Universities, respectively and lives in New Hampshire, U.S.A.


**Jeff Valley**
*Senior Director, IP Consulting Engineering*
**Nokia**
Jeffrey Valley, M.S., CISSP, is Senior Director of IP Consulting Engineering for Cable Multi-System Operators (MSOs) and Mobile Network Operators (MNOs) in Nokia's IP/Optical Networks business group. Jeffrey's areas of interest include evolving architectures for residential and business IP services, mobile backhaul, mobile packet core, Carrier WIFI, IP core routing, network security, and NFV/SDN.


**Jan Vandenhoudt**
*Principal Consulting Engineer, IP Routing & Mobile Packet Core*
**Nokia**
Jan Vandenhoudt is a Principal Consulting Engineer for Nokia's IP Service Routing and Mobile Packet Core portfolio. He has over 20 years of experience in the communications and networking industry, in the areas of engineering, network design, product management and networking consultancy. Formerly, Jan worked as an IMS Product Manager in the Alcatel-Lucent Platforms Division in Europe and as a Consulting engineer in the Alcatel-Lucent IP Division both in Europe and in North America. He holds an MSc in Electrical Engineering from the

University of Leuven (KULeuven) and a Masters in Business Administration from the University of Antwerp Management School (UAMS). Jan is based in Atlanta, Georgia.



**Sanjay Wadhwa**
*Sr. Director, Product Management, ION*
**Nokia**
Sanjay has over 15 years of experience in data communications and IP networking industry. He joined Alcaltel-Lucent in 2010, prior to which he held executive roles in Engineering and Product Management at Fore Systems, Unisphere Networks, and Juniper Networks. At Nokia (via Alcatel-Lucent acquisition), he leads product management activities focused on residential broadband, carrier WIFI, home virtualization and NFV. He has a Masters in Computer Science & Electrical Engineering from University of Kentucky, and has completed an executive program in management from MIT, Sloan school of management. He is based in Mountain View, California.



**Glenn Warnock**
*Curriculum Architect ION Learning Services*
**Nokia**
Glenn has a long career in telecommunications consulting and training. Prior to joining Alcatel-Lucent, he worked on network design and security for a wide variety of companies and government departments in Ottawa. These included Prior Data Sciences, AT&T Canada and Apple as well as eight years as professor in the Computer Studies department at Algonquin College. Glenn joined Alcatel in 2006 to lead the design and development of content for the Service Router Certification (SRC) program, and in the last 18 months the design and development of the Nuage Networks Virtuoso Certification Program (NN-VCP). Glenn has authored two books; Alcatel-Lucent Network Routing Specialist II (NRS II) Self-Study Guide: Preparing for the NRS II Certification Exams and Alcatel-Lucent Service Routing Architect (SRA) Self-Study Guide: Preparing for the BGP, VPRN and Multicast Exams.



**Greg White**
*Consulting Engineer*
**Nokia**
Greg White, Consulting Engineer, Network Management Solutions within Nokia. Greg White is a Consulting Engineer in the IP and Optical Networking business unit focused on Network Management solutions for Strategic Industries customers in North America. Prior to serving Strategic Industries customers, Greg provided Consulting Engineering and Business Development services to MSO and wireless customers for Alcatel-Lucent in the US and Canada. Prior to Alcatel-Lucent Greg served customers in telecommunications, enterprise, government, education, medical, channel partners and resellers through various sales and technical positions. He has a Bachelors of Science in Electrical Engineering from Christian Brothers University and currently resides in Nashville Tennessee.



**Jason Wiebe**
*Product Line Manager, Optical Networks*
**Nokia**

Jason is currently a Product Line Manager in the Metro Access area of the Optical Networks Business Unit. Prior to joining Optical PLM in 2016, he had over 20 years experience in the telecom industry as a software developer and technical manager, working R&D in wireless and wireline access at Nortel, Alcatel-Lucent, and Nokia.  Jason holds a degree in Electrical Engineering from the University of Toronto.



**Sven Wisotzky**
*Senior Network Consulant, IP/Routing Regional Business Center, EMEA*
**Nokia**
Sven Wisotzky is Senior Network Consultant working in the Nokia ION Regional Business Center for EMEA. He has over 20 years of experience in the communications and networking industry. He started his career in the area of engineering and product design for high-available real-time solutions in Alcatel SEL. In 2004 he has joined the Alcatel IP Division, working in the areas of product support, training, integration, technical sales, network and solution design and consultancy. He has a strong background on network management, OSS/BSS integration, performance monitoring and OAM. He holds the academic title of Diplom-Ingenieur (BA) in the field of Technical Computer Science from the Berufsakademie Berlin. This degree is equivalent to a Master's degree. Sven is based in the metropolitan area of Frankfurt/Main, Germany.



**Rob Wright**
*Principle Consultant*
**Nokia**
Rob Wright is a Principle Consultant within the IP and Optical Networking division with special focus on industries segments. He has over 20 years of data network design experience on customer networks consisting of a few IP nodes up to hundreds of nodes.  His roles have included initial design consulting, identifying feature requirements, configuration development, and implementation of final solutions.



**Szilard Zsigmond**
*Product Line Manager*
**Nokia**
Szilard Zsigmond is the Principal Product Line Manager of photonic line systems, amplifiers and node configurations at Nokia. He is also the Product Line Manager of Terrestrial-Subsea integration. Szilard has extensive knowledge of optical communication systems and expertise of fiber-optics communication. Before joining Nokia, Szilard was working as researcher and lecturer at Budapest University of Technology and Economics. He was also visiting researcher at NICT-National Institute of Information and Communications Technology Japan. From 2010, he joined Alcatel-Lucent where he was responsible for Central & North-East region of Europe serving as a solution architect. From 2012 become the solution architect of Asia-Pacific region later becomes the head of Asia-Pacific regional Product Line Management. From 2014 joined the core Product Line Management team being the principal Product Line Manager of photonic line systems. Szilard holds a PH.D. from Budapest University of Technology and Economics, has numerous speaking in various conferences; he has published more than 40 scientific papers.

---

© 2016

