# Exhibit 7



# Nokia 1830 PSS 500G Muxponder

As part of the 1830 Photonic Services Switch (PSS) product family, the Nokia 500G Muxponder (D5X500) unit provides two high performance multi-modulation WDM line interfaces, supporting up to five 100G client ports. Based on the industry leading Nokia Photonic Service Engine-2s super coherent DSP, the 500G Muxponder card is ideal for metro, regional, and long haul optical network applications.

The multi-modulation, multi-baud rate 500G Muxponder card supports six different modulation formats, enabling capacities from 50G to 250G per line port. The flexibility to provision and tune the wavelength capacity to each optical route ensures networks are operated at their peak performance, capacity, and lowest cost-per-gigabit. Whether transmitting 100G client services over metro networks or ultra-long haul subsea routes, the Nokia 500G Muxponder provides the ideal solution.

## Benefits



- Flexible, multi-modulation line ports supporting 50G to 500G enables capacity, optimized to each optical route

- High performance super-coherent PSE-2 optics eliminate the need for costly regeneration nodes

- Industry leading soft-decision forward error correction (SD-FEC) enables superior performance

- 200G 8-QAM wavelength support > 1,800 Km, doubling long haul capacity

- 100G QSPK wavelength optical reach > 3,000 Km over terrestrial networks and > 11,000 Km over subsea networks

- Integrate terrestrial – subsea networks, eliminating costly interconnection sites

- Compatible with standard 50 GHz fixed grid WDM networks and FlexGrid networks

- Full 4800 GHz (96 channel) tuning

- Small size reduces space requirements

- Simplified engineering, ordering, & sparing



# PSE-2 Super Coherent DSP

- Nokia developed PSE-2 super coherent DSP and optics
- Advanced, high performance multi-modulation, multi-baud rate coherent DSP, supporting (2) carriers per ASIC
- Flexible modulation / capacity formats from 50G to 250G per line port
- Advanced soft-decision forward error correction (SD-FEC)
- Integrated optical performance monitoring

# Product Description

The 1830 500G Muxponder card (D5X500) supports two line ports and five 100G/OTU4 client ports. The line ports provide high performance WDM optical interfaces for metro, regional, long haul, and subsea transport over WDM optical networks, such as the Nokia 1830 PSS line systems. The line ports are fully tunable to any wavelength over the extended C-band (4800 GHz).

The line interfaces support 50G to 250G per line port using six different multi-modulation formats, ranging from BPSK to 16QAM. The multi-modulation flexibility enables carriers to closely match, or tune, each wavelength capacity to each specific optical route, maximizing system capacity and lowering the cost-per-gigabit.

The five client ports can be individually provisioned for 100GE or OTU4 services and flexibly assigned to either line port.

The 500G Muxponder card is supported in metro, regional, LH, ULH applications, eliminating the need to engineer, order, & spare different cards based on application.

For protected network applications, the 500G Muxponder card supports both fast 1+1 protection (< 50ms), as well as efficient, GMPLS optical layer restoration.

The 500G Muxponder is available in C-band, L-band, and subsea versions.

# Applications

- Metro, regional, long-haul optical transport for high capacity 100GE and OTU4 client services
- Subsea networks
- Carrier, ISP, web, government, enterprise, public networks
- 500G Muxponder supported over all optical networking architectures, terminal, Classic mux/demux ROADM, CD, C-F, & CDC-F ROADMs

# Nokia supported products

The 500G Muxponder unit is supported on Nokia 1830 PSS-32, -16/16ii, -8, platforms.

# 500G Muxponder versions

| 500G Muxponder | Part # | Description |
|---|---|---|
| D5X500 | 8DG62538AB | 500G Muxponder, C-Band (5xCFP4 client optics) |
| D5X500L | 8DG63950AA | 500G Muxponder, L-Band (5xCFP4 client optics) |
| D5X500 Subsea | 8DG64067AA | 500G Muxponder, subsea (5xCFP4 client optics) |
| D5X500Q | 8DG63985AA | 500G Muxponder, (5xQSPF28 client optics) |



# Technical specifications

| Specifications | |
| --- | --- |
| Line ports | 2 x WDM coherent multi-modulation line ports<br>Full C-band tunable<br>Fixed Grid (50 GHz) or FlexGrid |
| Line capacity (per port) | 250G    DP-16QAM<br>200G    DP-16QAM<br>200G    DP-8QAM<br>100G    DP-QPSK<br>100G    SP-DP-QPSK (set partition)<br>50G    DP-BPSK |
| Client Ports | 5 x 100G    100GE<br>OTU4 |
| FEC options | SD-FEC (25%) |
| Performance | Net coding gain    11.7 dB<br>CD compensation    > 200,000 ps/nm<br>PMD    33 ps |
| OAMP functions | Integrated Wavetracker OAM<br>Integrated test signal generation / monitoring<br>Facility / Terminal loopback functions<br>G.709 latency measurement<br>GCC0 remote management<br>Line / client PMs<br>LLDP snooping |
| Protection | O-SNCP via OPSB<br>OCH protection via OPSA<br>L0 GMPLS restoration |
| Power Consumption | < 370 W |
| Operating Environment | Normal    5 C to 40C (41°F to 104°F)<br>Short-term -5°C to 50°C (23°F to 122°F)<br>Humidity 5% to 85% |
| Physical | 2-slot, full height |
| 1830PSS Shelves | 32, 16/16ii, 8, |
| Compliance | UL / CSA 60950-1<br>IEC / EN 60950-1<br>IEC / EN 60825-1, 60825-2<br>GR-63 NEBS<br>GR-1089<br>FCC 47 CFR15<br>EN 300 019, EN 300 132-2, EN 300 386<br>ROHS6<br>CE Mark |

Nokia is a registered trademark of Nokia Corporation. Other product and company names mentioned herein may be trademarks or trade names of their respective owners.

Nokia Oyj
Karaportti 3
FI-02610 Espoo
Finland
Tel. +358 (0) 10 44 88 000

Product code: SR1710017179EN (October)

© 2017 Nokia             nokia.com